UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALISHA ROSINEK, on Behalf of Herself and All Other Similarly Situated Shareholders of PSYCHIATRIC SOLUTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PSYCHIATRIC SOLUTIONS INC., UNIVERSAL HEALTH SERVICES, INC., OLYMPUS ACQUISITION CORP., JOEY A. JACOBS, MARK P. CLEIN, DAVID M. DILL, RICHARD D. GORE, CHRISTOPHER GRANT, JR., WILLIAM M. PETRIE, EDWARD J. WISSING, RONALD M. FINCHER; CHRISTOPHER L. HOWARD, JACK E. POLSON and BRENT TURNER, <br><br> Defendants. | Case No. 3:10-0534 <br> JUDGE ECHOLS/KNOWLES <br><br> JURY TRIAL DEMANDED |

**ORDER**

I hereby recuse myself in the above-styled action.

_____
E. Clifton Knowles
United States Magistrate Judge