UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ALISHA ROSINEK, et al.,              )
                                     )
        Plaintiffs,                  )
                                     )
        v.                           )    NO.  3:10-0534
                                     )    Judge Echols/Bryant
PSYCHIATRIC SOLUTIONS, INC.,         )    **Jury Demand**
et al.,                              )
                                     )
        Defendants.                  )

                          **O R D E R**

        This matter has been reassigned to the undersigned for
case management.  The initial case management conference will
remain as set on **July 22, 2010, at 11:00 a.m.** in Courtroom 776,
U.S. Courthouse, 801 Broadway, Nashville, Tennessee.

        It is so **ORDERED**.

                                s/ John S. Bryant
                                JOHN S. BRYANT
                                United States Magistrate Judge