# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ALISHA ROSINEK, On Behalf of Herself and All Other Similarly Situated Shareholders of Psychiatric Solutions, Inc., <br><br> Plaintiff, <br><br> v. <br><br> PSYCHIATRIC SOLUTIONS, INC., UNIVERSAL HEALTH SERVICES, INC., OLYMPUS ACQUISITION CORP., JOEY A. JACOBS, MARK P. CLEIN, DAVID M. DILL, RICHARD D. GORE, CHRISTOPHER GRANT, JR., WILLIAM M. PETRIE, EDWARD K. WISSING, RONALD M. FINCHER, CHRISTOPER L. HOWARD, JACK E. POLSON and BRENT TURNER, <br><br> Defendants. | Case No. 3:10-0534 <br> JUDGE ECHOLS/BRYANT <br><br> JURY TRIAL DEMANDED |

## **ORDER**

Upon the application of Emily C. Komlossy to appear *pro hac vice* as counsel of record for Plaintiffs in this matter, and the Certificate of Good Standing filed in support of such motion, IT IS HEREBY ORDERED that Emily C. Komlossy is granted leave of Court to appear *pro hac vice* as counsel of record for Plaintiffs in this matter.

Signed and entered this the 21st day of June, 2010.

*s/ John S. Bryant*
Magistrate Judge John S. Bryant