```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675012667
Cashier ID: hblaney
Transaction Date: 06/23/2010
Payer Name: WALLER LANSDEN DORTCH
-----------------------------------
PRO HOC VICE
 For: JESSICA P CORLEY
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $75.00
-----------------------------------
CHECK
 Check/Money Order Num: 165923
 Amt Tendered: $75.00
-----------------------------------
Total Due:      $75.00
Total Tendered: $75.00
Change Amt:     $0.00

Pro Hac Vice Fee/3:10cv534
```

```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675012668
Cashier ID: hblaney
Transaction Date: 06/23/2010
Payer Name: WALLER LANSDEN DORTCH
-----------------------------------
PRO HOC VICE
 For: LISA R BUNGI
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $75.00
-----------------------------------
CHECK
 Check/Money Order Num: 165924
 Amt Tendered: $75.00
-----------------------------------
Total Due:      $75.00
Total Tendered: $75.00
Change Amt:     $0.00

Pro Hac Vice Fee/3:10cv534
```

```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675012665
Cashier ID: hblaney
Transaction Date: 06/23/2010
Payer Name: WALLER LANSDEN DORTCH
-----------------------------------
PRO HOC VICE
 For: H MIRIAM FARBER GORMAN
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $75.00
-----------------------------------
CHECK
 Check/Money Order Num: 165921
 Amt Tendered: $75.00
-----------------------------------
Total Due:      $75.00
Total Tendered: $75.00
Change Amt:     $0.00

Pro Hac Vice Fee/3:10cv534
```

```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675012666
Cashier ID: hblaney
Transaction Date: 06/23/2010
Payer Name: WALLER LANSDEN DORTCH
-----------------------------------
PRO HOC VICE
 For: TODD R DAVID
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $75.00
-----------------------------------
CHECK
 Check/Money Order Num: 165922
 Amt Tendered: $75.00
-----------------------------------
Total Due:      $75.00
Total Tendered: $75.00
Change Amt:     $0.00

Pro Hac Vice Fee/3:10cv534
```



```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675012664
Cashier ID: hblaney
Transaction Date: 06/23/2010
Payer Name: WALLER LANSDEN DORTCH
-----------------------------------
PRO HOC VICE
 For: ALAN S GOUDISS
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $75.00
-----------------------------------
CHECK
 Check/Money Order Num: 165919
 Amt Tendered: $75.00
-----------------------------------
Total Due:      $75.00
Total Tendered: $75.00
Change Amt:     $0.00

Pro Hac Vice Fee/3:10cv534
```