UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALISHA ROSINEK, on Behalf of Herself and All Other Similarly Situated Shareholders of Psychiatric Solutions, Inc. ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 3:10-cv-00534 |
| ) | Judge Echols |
| PSYCHIATRIC SOLUTIONS, INC., UNIVERSAL HEALTH SERVICES, INC., OLYMPUS ACQUISITION CORP., JOEY A. JACOBS, MARK P. CLEIN, DAVID M. DILL, RICHARD D. GORE, CHRISTOPHER GRANT, JR., WILLIAM M. PETRIE; EDWARD K. WISSING, RONALD M. FINCHER, CHRISTOPHER L. HOWARD, JACK E. POLSON and BRENT TURNER ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Bryant |
| Defendants. ) | |

## ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

After consideration of the Defendants' *Pro Hac Vice* Motion for Todd R. David and the Certificate of Good Standing filed by Defendants pursuant to Rule 19 of the Tennessee Supreme Court Rules, the Court finds Defendants' above-referenced motion to be well taken. It is, therefore, hereby

ORDERED that Todd R. David, of the law firm of Alston & Bird, shall be admitted *pro hac vice* in this matter as counsel for Defendants Psychiatric Solutions, Inc., Joey A. Jacobs, William M. Petrie, Christopher L. Howard, Ronald M. Fincher, Jack E. Polson, and Brent Turner.

*s/ John S. Bryant*
---
JOHN S. BRYANT
United States Magistrate Judge