| | | |
|---|---|---|
| ALISHA ROSINEK, on Behalf of Herself | ) | |
| and All Other Similarly Situated Shareholders | ) | |
| of Psychiatric Solutions, Inc. | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **Case No. 3:10-cv-00534** |
| | ) | **Judge Echols** |
| PSYCHIATRIC SOLUTIONS, INC., | ) | **Magistrate Judge Bryant** |
| UNIVERSAL HEALTH SERVICES, INC., | ) | |
| OLYMPUS ACQUISITION CORP., JOEY | ) | |
| A. JACOBS, MARK P. CLEIN, DAVID M. | ) | |
| DILL, RICHARD D. GORE, CHRISTOPHER | ) | |
| GRANT, JR., WILLIAM M. PETRIE; | ) | |
| EDWARD K. WISSING, RONALD M. | ) | |
| FINCHER, CHRISTOPHER L. HOWARD, | ) | |
| JACK E. POLSON and BRENT TURNER | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER GRANTING MOTION FOR ADMISSION
## TO PRACTICE *PRO HAC VICE*

After consideration of the Defendants' *Pro Hac Vice* Motion for Jessica P. Corley and the

Certificate of Good Standing filed by Defendants pursuant to Rule 19 of the Tennessee Supreme

Court Rules, the Court finds Defendants' above-referenced motion to be well taken. It is,

therefore, hereby

ORDERED that Jessica P. Corley, of the law firm of Alston & Bird, shall be admitted

*pro hac vice* in this matter as counsel for Defendants Psychiatric Solutions, Inc., Joey A. Jacobs,

William M. Petrie, Christopher L. Howard, Ronald M. Fincher, Jack E. Polson, and Brent

Turner.

*s/ John S. Bryant*
_____
JOHN S. BRYANT
United States Magistrate Judge