UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALISHA ROSINEK, on Behalf of Herself and All Other Similarly Situated Shareholders of Psychiatric Solutions, Inc. ) ) ) ) Plaintiffs, ) ) v. ) ) PSYCHIATRIC SOLUTIONS, INC., ) UNIVERSAL HEALTH SERVICES, INC., ) OLYMPUS ACQUISITION CORP., JOEY ) A. JACOBS, MARK P. CLEIN, DAVID M. ) DILL, RICHARD D. GORE, CHRISTOPHER ) GRANT, JR., WILLIAM M. PETRIE; ) EDWARD K. WISSING, RONALD M. ) FINCHER, CHRISTOPHER L. HOWARD, ) JACK E. POLSON and BRENT TURNER ) ) Defendants. ) | Case No. 3:10-cv-00534 Judge Echols Magistrate Judge Bryant |

ORDER GRANTING MOTION FOR ADMISSION
TO PRACTICE *PRO HAC VICE*

After consideration of the Defendants' *Pro Hac Vice* Motion for Lisa R. Bugni and the Certificate of Good Standing filed by Defendants pursuant to Rule 19 of the Tennessee Supreme Court Rules, the Court finds Defendants' above-referenced motion to be well taken. It is, therefore, hereby

ORDERED that Lisa R. Bugni, of the law firm of Alston & Bird, shall be admitted *pro hac vice* in this matter as counsel for Defendants Psychiatric Solutions, Inc., Joey A. Jacobs, William M. Petrie, Christopher L. Howard, Ronald M. Fincher, Jack E. Polson, and Brent Turner.

*s/ John S. Bryant*
JOHN S. BRYANT
United States Magistrate Judge