ALISHA ROSINEK                    )
                                  )
v.                                )        NO. 3:10-0534
                                  )        JUDGE ECHOLS
PSYCHIATRIC SOLUTIONS, INC.,      )
ET AL

<u>O R D E R</u>

I hereby recuse myself in this action.  The file shall be returned to the Clerk for reassignment to another judge.

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE