IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALISHA ROSINEK, on Behalf of Herself ) | |
| and All other Similarly Situated Shareholders ) | |
| of Psychiatric Solutions, Inc., ) | |
| ) | Case No. 3:10-cv-0534 |
| Plaintiff, ) | Judge Echols |
| ) | Magistrate Judge Bryant |
| v. ) | |
| ) | |
| PSYCHIATRIC SOLUTIONS, INC., ) | |
| UNIVERSAL HEALTH SERVICES, INC., ) | |
| OLYMPUS ACQUISITION CORP., JOEY ) | |
| A. JACOBS, MARK P. CLEIN, DAVID M. ) | |
| DILL, RICHARD D. GORE, CHRISTOPHER ) | |
| GRANT, JR., WILLIAM M. PETRIE, ) | |
| EDWARD K. WISSING, RONALD M. ) | |
| FINCHER, CHRISTOPHER L. HOWARD, ) | |
| JACK E. POLSON and BRENT TURNER, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS UNIVERSAL HEALTH SERVICES, INC. AND OLYMPUS ACQUISITION CORP.'S MOTION TO APPEAR PRO HAC VICE**

Defendants Universal Health Services, Inc. and Olympus Acquisition Corp., by and through their attorneys, Baker, Donelson, Bearman, Caldwell and Berkowitz, pursuant to Local Rule 83.01, move the admission *pro hac vice* of Gary A. Bornstein and Francis P. Barron, Cravath, Swaine & Moore LLC, Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019-7475, telephone numbers 212.474.1084 (Mr. Bornstein) and 212.474.1506 (Mr. Barron), as co-counsel for Defendants in this action. Messrs. Bornstein and Barron are members in good standing of the bar of the United States District Court for the Southern District of New York, among others, and do not maintain an office in this District for the practice of law. Certificates

of Messrs. Bornstein and Barron's good standing with the United States District Court for the Southern District of New York are filed contemporaneously herewith.

Dated: June 30, 2010

> Respectfully submitted,
>
> /s/ John S. Hicks
> John S. Hicks, B.P.R. No. 010478
> BAKER, DONELSON, BEARMAN,
> CALDWELL & BERKOWITZ, P.C.
> Baker Donelson Center, Suite 800
> 211 Commerce Street
> Nashville, Tennessee 37201
> (615) 726-7337
> (615) 744-7337 (*Direct Facsimile*)
> E-Mail: jhicks@bakerdonelson.com
>
> *Attorneys for Defendants Universal Health Services, Inc. and Olympus Acquisition Corp.*

OF COUNSEL:

Gary A. Bornstein
Francis P. Barron
Cravath Swaine & Moore, LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475

## CERTIFICATE OF SERVICE

 I hereby certify that on the 30th day of June, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail, first-class postage prepaid. Parties may access this filing through the Court's electronic filing system.

James S. Notis
Kira German
Mark C. Gardy
Gardy & Notis, LLP
560 Sylvan Avenue
Englewood Cliffs, NJ 07632

James Gerard Stranch, IV
Branstetter, Stranch & Jennings
227 Second Avenue, N., 4th Floor
Nashville, TN 37201

Nadeem Faruqi
Emily C. Komlossy
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017-6531

W. Travis Parham
Michael T. Harmon
Waller Lansden Dortch & Davis, LLP
2700 Nashville City Center,
511 Union Street
Nashville, TN 37219

Alan S. Goudiss
H. Miriam Farber Gorman
Shearman & Sterling
599 Lexington Avenue
New York, New York 10022

Todd R. David
Jessica Corley
Lisa R. Bugni
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

/s/ John S. Hicks
John S. Hicks

3