# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>　　**GARY A. BORNSTEIN**　　</u>, Bar # <u>　　**GB9028**　　</u>

was duly admitted to practice in this Court on

<u>　**FEBRUARY 6TH, 2001**　</u>, and is in good standing as a member of the Bar of this Court.

　　　　500 Pearl Street
Dated at <u>New York, New York</u>　　on　　<u>　　JUNE 24th, 2010　　</u>

　　<u>Ruby J. Krajick</u>　　　　by　<u>　*(signature)*　Deputy Clerk　</u>
　　　　Clerk