# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

**FRANCIS P. BARRON**, Bar # **FB6918**

was duly admitted to practice in this Court on

**OCTOBER 9th, 1979**, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>   on   **JUNE 24th, 2010**

<u>Ruby J. Krajick</u>   by   _(signature)_
Clerk                              Deputy Clerk