```
DUPLICATE

Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675012772
Cashier ID: astraugh
Transaction Date: 06/30/2010
Payer Name: BAKER DONELSON BEARMAN
----------------------------------------
PRO HOC VICE
 For: GARY A BORNSTEIN
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:         $75.00
PRO HOC VICE
 For: FRANCIS P. BARRON
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:         $75.00
----------------------------------------
CHECK
 Check/Money Order Num: 094312
 Amt Tendered:   $150.00
----------------------------------------
Total Due:       $150.00
Total Tendered:  $150.00
Change Amt:      $0.00

3:10-0534
```