UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ALISHA ROSINEK, on Behalf of Herself and All Other Similarly Situated Shareholders of Psychiatric Solutions, Inc. | ) ) ) ) | |
| v. | ) ) | Case No. 3:10-cv-00534 Judge Echols |
| PSYCHIATRIC SOLUTIONS, INC., UNIVERSAL HEALTH SERVICES, INC., OLYMPUS ACQUISITION CORP., JOEY A. JACOBS, MARK P. CLEIN, DAVID M. DILL, RICHARD D. GORE, CHRISTOPHER GRANT, JR., WILLIAM M. PETRIE; EDWARD K. WISSING, RONALD M. FINCHER, CHRISTOPHER L. HOWARD, JACK E. POLSON and BRENT TURNER | ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Bryant |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO EXTEND
TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants Psychiatric Solutions, Inc. ("PSI" or the "Company"), Joey A. Jacobs, Mark P. Clein, David M. Dill, Richard D. Gore, Christopher Grant, Jr., William M. Petrie, Edward K. Wissing, Ronald M. Fincher, Christopher L. Howard, Jack E. Polson and Brent Turner (the "Individual Defendants") (PSI and the Individual Defendants will be collectively referred to as the "PSI Affiliates") and Defendants Universal Health Services, Inc. ("Universal") and Olympus Acquisition Corp. (collectively the "Universal Affiliates") (the PSI Affiliates and the Universal Affiliates will be collectively referred to as the "Defendants") hereby move the Court to extend the Defendants' time to answer or otherwise plead in response to the Amended Complaint until at least fourteen (14) days after the Court rules on the pending Motion to Stay filed on June 18, 2010 (Docket No. 18). As grounds for this Motion, Defendants state:

1) This case was filed on May 28, 2010. Defendants were served with process in this case on June 1 or 2 (different defendants were served on different dates) and, accordingly, the deadline for answering or otherwise pleading was June 22 or 23, 2010. See Fed. R. Civ. P. 12. Before an answer or motion was due, on June 14, 2010, Plaintiff filed an Amended Complaint and served the Amended Complaint via First Class United States Mail. Defendants' time to respond to the Amended Complaint is July 1, 2010 (14 days after service plus 3 days for mail). See Fed. R. Civ. P. 15(a)(3); Fed. R. Civ. P. 6(d).

2) This lawsuit is one of a number of putative shareholder class actions challenging a proposed merger between PSI and Universal and certain executive compensation decisions. Other functionally identical cases involving the same Defendants are pending in the state courts of Tennessee and Delaware.

3) On June 18, 2010, Defendants filed a Motion to Stay requesting that the Court stay the action here in favor of earlier filed litigation in Delaware. The Motion to Stay was accompanied by a Memorandum of Law setting forth fully the reasons why a stay is appropriate and necessary. That motion is still pending.

4) For reasons of judicial economy, efficiency and the avoidance of piecemeal litigation, the Court should extend the Defendants' time to answer or otherwise plead until at least fourteen (14) days after the Court rules on the Motion to Stay. To the extent the Court grants the Motion to Stay, the deadline to answer or otherwise plead should be extended indefinitely. To the extent the Court denies the Motion to Stay, Defendants will answer or otherwise plead by the extended, post-ruling deadline.

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

By: /s W. Travis Parham
W. Travis Parham, BPR 16846
tparham@wallerlaw.com
Michael T. Harmon (BPR No. 027279)
mharmon@wallerlaw.com
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804

Attorneys for Defendants,
Psychiatric Solutions, Inc., Joey A. Jacobs,
Mark P. Clein, David M. Dill, Richard D.
Gore, Christopher Grant, Jr., William M.
Petrie, Edward K. Wissing, Christopher L.
Howard, Ronald M. Fincher, Jack E. Polson
and Brent Turner

Todd R. David
todd.david@alston.com
Jessica Corley
Jessica.corley@alston.com
Lisa R. Bugni
lisa.bugni@alston.com
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(Pro Hac Vice Admission Pending)

Attorneys for Defendants,
Psychiatric Solutions, Inc., Joey A. Jacobs,
William M. Petrie, Christopher L.
Howard, Ronald M. Fincher, Jack E. Polson
and Brent Turner

Alan S. Goudiss
agoudiss@shearman.com
H. Miriam Farber Gorman
hfarbergorman@shearman.com
Shearman & Sterling
599 Lexington Avenue

New York, New York 10022
(Pro Hac Vice Admission Pending)

Attorneys for Defendants,
Mark P. Clein, David M. Dill, Richard D. Gore,
Christopher Grant, Jr., Edward K. Wissing

John S. Hicks
jhicks@bakerdonelson.com
Baker Donelson Bearman Caldwell &
Berkowitz, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37201

Gary A. Bornstein
gbornstein@cravath.com
Francis P. Barron
fbarron@cravath.com
Cravath Swaine & Moore, LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
(Pro Hac Vice Admission Pending)

Attorneys for Defendants,
Universal Health Services, Inc. and
Olympus Acquisition Corp.

# CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2010, a copy of the forgoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

J. Gerard Stranch, IV
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North, 4th Floor
Nashville, Tennessee 37201-1631
gstranch@branstetter law.com

I further certify that a copy of the foregoing was served via First Class United States Mail, properly addressed and postage prepaid upon:

Nadeeem Faruqi
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, New York 10017

Mark C. Gardy
James S. Notis
Kira German
560 Sylvan Avenue
Englewood Cliffs, New Jersey 07632

/s W. Travis Parham