ORDER
Motion granted.

*s/ John S. Bryant*
U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ALISHA ROSINEK, on Behalf of Herself and All other Similarly Situated Shareholders of Psychiatric Solutions, Inc., <br><br> Plaintiff, <br><br> v. <br><br> PSYCHIATRIC SOLUTIONS, INC., UNIVERSAL HEALTH SERVICES, INC., OLYMPUS ACQUISITION CORP., JOEY A. JACOBS, MARK P. CLEIN, DAVID M. DILL, RICHARD D. GORE, CHRISTOPHER GRANT, JR., WILLIAM M. PETRIE, EDWARD K. WISSING, RONALD M. FINCHER, CHRISTOPHER L. HOWARD, JACK E. POLSON and BRENT TURNER, <br><br> Defendants. | Case No. 3:10-cv-0534 <br> Judge Echols <br> Magistrate Judge Bryant |

## DEFENDANTS UNIVERSAL HEALTH SERVICES, INC. AND OLYMPUS ACQUISITION CORP.'S MOTION TO APPEAR PRO HAC VICE

Defendants Universal Health Services, Inc. and Olympus Acquisition Corp., by and through their attorneys, Baker, Donelson, Bearman, Caldwell and Berkowitz, pursuant to Local Rule 83.01, move the admission *pro hac vice* of Gary A. Bornstein and Francis P. Barron, Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019-7475, telephone numbers 212.474.1084 (Mr. Bornstein) and 212.474.1506 (Mr. Barron), as co-counsel for Defendants in this action. Messrs. Bornstein and Barron are members in good standing of the bar of the United States District Court for the Southern District of New York, among others, and do not maintain an office in this District for the practice of law. Certificates