UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ALISHA ROSINEK, on Behalf of Herself and All Other Similarly Situated Shareholders of PSYCHIATRIC SOLUTIONS, INC., <br>                   Plaintiff, <br> v. <br> PSYCHIATRIC SOLUTIONS INC., UNIVERSAL HEALTH SERVICES, INC., OLYMPUS ACQUISITION CORP., JOEY A. JACOBS, MARK P. CLEIN, DAVID M. DILL, RICHARD D. GORE, CHRISTOPHER GRANT, JR., WILLIAM M. PETRIE, EDWARD K. WISSING, RONALD M. FINCHER; CHRISTOPHER L. HOWARD, JACK E. POLSON and BRENT TURNER, <br>                   Defendants. | Case No. 3:10-cv-534 |

**PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY AND PROCEEDINGS FOR A PRELIMINARY INJUNCTION**

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Plaintiff Alisha Rosinek hereby applies to this court for an order granting expedited discovery and proceedings for a preliminary injunction.

This Motion is based on this instant Motion, the accompanying Memorandum of Law in support thereof, the Declaration of J. Gerard Stranch, IV in support thereof, the complete files and records of this action and other written or oral argument as may be presented to the Court.

Dated: July 12, 2010                     Respectfully submitted

                                         By: /s/ J. Gerard Stranch, IV
                                         J. Gerard Stranch, IV (BPR#023045)
                                         BRANSTETTER, STRANCH
                                           & JENNINGS, PLLC
                                         227 Second Avenue North, 4th Floor
                                         Nashville, TN 37201-1631
                                         Telephone: 615/254-8801
                                         Facsimile: 615/255-5419
                                         gstranch@branstetterlaw.com

                                         *Attorneys for the Plaintiff*

                                         OF COUNSEL:

                                         FARUQI & FARUQI, LLP
                                         Nadeem Faruqi
                                         Emily Komlossy
                                         369 Lexington Avenue, 10th Fl.
                                         New York, NY 10017
                                         Telephone: (212) 983-9330
                                         Facsimile: (212) 983-9331

                                         GARDY & NOTIS, LLP
                                         Mark C. Gardy
                                         James S. Notis
                                         Kira German
                                         560 Sylvan Avenue
                                         Englewood Cliffs, New Jersey 07632
                                         Tel: 201-567-7377
                                         Fax: 201-567-7337

{004441\10229\00200661.DOC \ Ver.1}                    2
    Case 3:10-cv-00534   Document 49   Filed 07/12/10   Page 2 of 4 PageID #: 385

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 12, 2010, a true and correct copy of the foregoing document was served on the following via the Court's CM/ECF Electronic Filing System:

Gary Bornstein
CRAVATH SWAINE & MOORE, LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
gbornstein@cravath.com
Ph: (212) 474-1084

*Attorneys for Defendants Universal Health Services, Inc. and Olympus Acquisition Corp.*

John S. Hicks
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC-Nashville
Commerce Center
211 Commerce Street
Suite 800
Nashville, TN 37201
(615) 726-5600
Email: jhicks@bakerdonelson.com

*Attorneys for Defendants Universal Health Services, Inc. and Olympus Acquisition Corp.*

Francis P. Barron
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1506
Email: fbarron@cravath.com

Travis Parham, Esq.
WALLER, LANSDEN, DORTCH &
511 Union St., Ste. 2700
Nashville, TN 37219
Travis.parham@wallerlaw.com
Ph: 615-244-6380
Fx: 615-244-6804

*Attorney for Defendants Psychiatric Solutions, Inc., Joey A. Jacobs, Mark P. Clein, David M. Dill, Richard D. Gore, Christopher Grants, Jr., William M. Petrie, Edward K. Wissing, Christopher L. Howard, Ronald M. Fincher, Jack E. Polson, and Brent Turner*

Lisa R. Bugni
ALSTON & BIRD LLP
One Atlantic Center
1201 W Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000
Fax: (404) 253-8359
Email: lisa.bugni@alston.com

*Attorney for Defendants Psychiatric Solutions, Inc., Joey A. Jacobs, William M. Petrie, Christopher L. Howard, Ronald M. Fincher, Jack E. Polson and Brent Turner*

Todd Richard David
ALSTON & BIRD LLP
One Atlantic Center
1201 W Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000
Fax: (404) 881-7777
Email: todd.david@alston.com

*Attorney for Defendants Universal Health Services, Inc. and Olympus Acquisition Corp.*

Alan Steven Goudiss
SHEARMAN & STERLING
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000
Fax: (646) 848-4906
Email: agoudiss@shearman.com

*Attorney for Defendants Mark P. Clein, David M. Dill, Richard D. Gore, Christopher Grant, Jr. and Edward K. Wissing*

H. Miriam Farber Gorman
SHEARMAN & STERLING
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-5156
Fax: (646) 848-5156
Email: mfarber@shearman.com

*Attorney for Defendants Mark P. Clein, David M. Dill, Richard D. Gore, Christopher Grant, Jr. and Edward K. Wissing*

*Attorney for Defendants Psychiatric Solutions, Inc., Joey A. Jacobs, William M. Petrie, Christopher L. Howard, Ronald M. Fincher, Jack E. Polson and Brent Turner*

Jessica Perry Corley
ALSTON & BIRD LLP
One Atlantic Center
1201 W Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000
Fax: (404) 881-7777
Email: jessica.corley@alston.com

*Attorney for Defendants Psychiatric Solutions, Inc., Joey A. Jacobs, William M. Petrie, Christopher L. Howard, Ronald M. Fincher, Jack E. Polson and Brent Turner*

On this 12th day of July, 2010           /s/ J. Gerard Stranch, IV
                                         J. Gerard Stranch, IV