# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| ALISHA ROSINEK, on Behalf of Herself and All Other Similarly Situated Shareholders of PSYCHIATRIC SOLUTIONS, INC., <br>                   Plaintiff, <br> v. <br> PSYCHIATRIC SOLUTIONS INC., UNIVERSAL HEALTH SERVICES, INC., OLYMPUS ACQUISITION CORP., JOEY A. JACOBS, MARK P. CLEIN, DAVID M. DILL, RICHARD D. GORE, CHRISTOPHER GRANT, JR., WILLIAM M. PETRIE, EDWARD K. WISSING, RONALD M. FINCHER; CHRISTOPHER L. HOWARD, JACK E. POLSON and BRENT TURNER, <br>                   Defendants. | Case No. 3:10-cv-534 |

## DECLARATION OF J. GERARD STRANCH, IV IN SUPPORT OF PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY AND PROCEEDINGS FOR A <u>PRELIMINARY INJUNCTION</u>

I, J. GERARD STRANCH, IV, hereby declare as follows:

1. I am an attorney at law, licensed to practice in the State of Tennessee and am one of the counsel of record for plaintiff in the above-captioned matter. I make this declaration in support of Plaintiff's Motion for Expedited Discovery and Proceedings for a Preliminary Injunction. I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto.

2. Following the commencement of the action, I had a series of communications with Travis Parham, one of the counsel for defendant Psychiatric Solutions, Inc. ("PSI") and certain individual defendants. During the course of our discussions, Mr. Parham raised with me the possible parameters by which discovery in this action could be coordinated with the discovery

contemplated in a shareholder action pending in the Corut of Chancery in the State of Delaware styled *In re Psychiatric Solutions, Inc. Shareholders Litigation,* Cons. C.A. No. 5514-CC ("Delaware Action"). The Delaware Action challenges the sufficiency of the proposed acquisition of PSI by Universal Health Services, Inc. ("Universal"). Unlike the Delaware Action, however, this action asserts claims for violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934.

3. Prior the July 4th holiday weekend, I had a follow-up with Mr. Parham in an effort to coordinate document and deposition discovery with the contemplated discovery in the Delaware Action. During this conversation, Mr. Parham represented that depositions would not commence for "two weeks".

4. However, late in the afternoon of Friday, July 9, 2010, during a subsequent conversation with Mr. Parham, I learned that two depositions in fact had been conducted on that same day, without any prior notification to counsel in this action. These two depositions were critical to the claims alleged in this action, and were of Goldman Sachs & Co, investment advisor to PSI and defendant Richard D. Gore.

I declare under penalty of perjury under the laws of the State of Tennessee that the foregoing is true and correct. Executed this 12th day of July, 2010 at Nashville, Tennessee.

/s/ J. Gerard Stranch, IV
J. Gerard Stranch, IV

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 12, 2010, a true and correct copy of the foregoing document was served on the following via the Court's CM/ECF Electronic Filing System:

Gary Bornstein
CRAVATH SWAINE & MOORE, LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
gbornstein@cravath.com
Ph: (212) 474-1084

*Attorneys for Defendants Universal Health Services, Inc. and Olympus Acquisition Corp.*

John S. Hicks
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC-Nashville
Commerce Center
211 Commerce Street
Suite 800
Nashville, TN 37201
(615) 726-5600
Email: jhicks@bakerdonelson.com

*Attorneys for Defendants Universal Health Services, Inc. and Olympus Acquisition Corp.*

Francis P. Barron
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1506
Email: fbarron@cravath.com

Travis Parham, Esq.
WALLER, LANSDEN, DORTCH &
511 Union St., Ste. 2700
Nashville, TN 37219
Travis.parham@wallerlaw.com
Ph: 615-244-6380
Fx: 615-244-6804

*Attorney for Defendants Psychiatric Solutions, Inc., Joey A. Jacobs, Mark P. Clein, David M. Dill, Richard D. Gore, Christopher Grants, Jr., William M. Petrie, Edward K. Wissing, Christopher L. Howard, Ronald M. Fincher, Jack E. Polson, and Brent Turner*

Lisa R. Bugni
ALSTON & BIRD LLP
One Atlantic Center
1201 W Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000
Fax: (404) 253-8359
Email: lisa.bugni@alston.com

*Attorney for Defendants Psychiatric Solutions, Inc., Joey A. Jacobs, William M. Petrie, Christopher L. Howard, Ronald M. Fincher, Jack E. Polson and Brent Turner*

Todd Richard David
ALSTON & BIRD LLP
One Atlantic Center
1201 W Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000
Fax: (404) 881-7777
Email: todd.david@alston.com

*Attorney for Defendants Universal Health Services, Inc. and Olympus Acquisition Corp.*

Alan Steven Goudiss
SHEARMAN & STERLING
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000
Fax: (646) 848-4906
Email: agoudiss@shearman.com

*Attorney for Defendants Mark P. Clein, David M. Dill, Richard D. Gore, Christopher Grant, Jr. and Edward K. Wissing*

H. Miriam Farber Gorman
SHEARMAN & STERLING
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-5156
Fax: (646) 848-5156
Email: mfarber@shearman.com

*Attorney for Defendants Mark P. Clein, David M. Dill, Richard D. Gore, Christopher Grant, Jr. and Edward K. Wissing*

*Attorney for Defendants Psychiatric Solutions, Inc., Joey A. Jacobs, William M. Petrie, Christopher L. Howard, Ronald M. Fincher, Jack E. Polson and Brent Turner*

Jessica Perry Corley
ALSTON & BIRD LLP
One Atlantic Center
1201 W Peachtree Street
Atlanta, GA 30309-3424
(404) 881-7000
Fax: (404) 881-7777
Email: jessica.corley@alston.com

*Attorney for Defendants Psychiatric Solutions, Inc., Joey A. Jacobs, William M. Petrie, Christopher L. Howard, Ronald M. Fincher, Jack E. Polson and Brent Turner*

On this 12th day of July, 2010          /s/ J. Gerard Stranch, IV
                                        J. Gerard Stranch, IV