UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALISHA ROSINEK, on Behalf of Herself )<br>and All Other Similarly Situated Shareholders )<br>of Psychiatric Solutions, Inc. )<br>)<br>v. )<br>)<br>PSYCHIATRIC SOLUTIONS, INC., )<br>UNIVERSAL HEALTH SERVICES, INC., )<br>OLYMPUS ACQUISITION CORP., JOEY )<br>A. JACOBS, MARK P. CLEIN, DAVID M. )<br>DILL, RICHARD D. GORE, CHRISTOPHER )<br>GRANT, JR., WILLIAM M. PETRIE; )<br>EDWARD K. WISSING, RONALD M. )<br>FINCHER, CHRISTOPHER L. HOWARD, )<br>JACK E. POLSON and BRENT TURNER )<br>)<br>    Defendants. ) | Case No. 3:10-cv-00534<br>Senior Judge Nixon<br>Magistrate Judge Bryant |

**DEFENDANTS' NOTICE OF FILING EVIDENTIARY MATERIALS
IN CONNECTION WITH DEFENDANTS'
REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION TO STAY**

Defendants Psychiatric Solutions, Inc. ("PSI" or the "Company"), Joey A. Jacobs, Mark P. Clein, David M. Dill, Richard D. Gore, Christopher Grant, Jr., William M. Petrie, Edward K. Wissing, Ronald M. Fincher, Christopher L. Howard, Jack E. Polson and Brent Turner (the "Individual Defendants") (PSI and the Individual Defendants will be collectively referred to as the "PSI Affiliates") and Defendants Universal Health Services, Inc. ("Universal") and Olympus Acquisition Corp. (collectively the "Universal Affiliates") (the PSI Affiliates and the Universal Affiliates will be collectively referred to as the "Defendants") hereby give notice of their filing the following evidentiary materials in connection with the contemporaneous Reply Memorandum in Further Support of Motion to Stay:

A) Complaint in In re Psychiatric Solutions, Inc. Shareholders Litigation, C.A. No. 5514-CC (Delaware Court of Chancery).

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

By: /s W. Travis Parham
W. Travis Parham (BPR 16846)
tparham@wallerlaw.com
Paul S. Davidson (BPR 11789)
pdavidson@wallerlaw.com
Michael T. Harmon (BPR 27279)
mharmon@wallerlaw.com
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804

Attorneys for Defendants Psychiatric Solutions, Inc., Joey A. Jacobs, Mark P. Clein, David M. Dill, Richard D. Gore, Christopher Grant, Jr., William M. Petrie, Edward K. Wissing, Ronald M. Fincher, Christopher L. Howard, Jack E. Polson, and Brent Turner

Todd R. David
todd.david@alston.com
Jessica Corley
Jessica.corley@alston.com
Lisa R. Bugni
lisa.bugni@alston.com
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

Attorneys for Defendants Psychiatric Solutions, Inc., Joey A. Jacobs, William M. Petrie, Ronald M. Fincher, Christopher L. Howard, Jack E. Polson, and Brent Turner

Alan S. Goudiss
agoudiss@shearman.com
H. Miriam Farber Gorman

mfarber@shearman.com
Shearman & Sterling
599 Lexington Avenue
New York, New York 10022

Attorneys for Defendants Mark P. Clein, David M. Dill, Richard D. Gore, Christopher Grant, Jr., and Edward K. Wissing

/s John S. Hicks
John S. Hicks
jhicks@bakerdonelson.com
Baker Donelson Bearman Caldwell & Berkowitz, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37201

Gary A. Bornstein
gbornstein@cravath.com
Max R. Shulman
mshulman@cravath.com
Cravath Swaine & Moore, LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475

Attorneys for Defendants Universal Health Services, Inc. and Olympus Acquisition Corp.

## **CERTIFICATE OF SERVICE**

       I certify that on July 19, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

       J. Gerard Stranch, IV
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North, 4th Floor
Nashville, Tennessee 37201-1631
gstranch@branstetterlaw.com

Nadeem Faruqi
Emily C. Komlossy
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, New York 10017-6531
nfaruqi@faruquilaw.com
ekomlossy@faruqilaw.com

Mark C. Gardy
James S. Notis
Kira German
Gardy & Notis, LLP
560 Sylvan Avenue
Englewood Cliffs, New Jersey 07632
mgardy@gardylaw.com
jnotis@gardylaw.com
kgerman@gardylaw.com

Attorneys for Plaintiff

This 19th day of July, 2010.

                                        /s W. Travis Parham