# Travis Parham

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Travis Parham |
| **Sent:** | Wednesday, June 30, 2010 2:06 PM |
| **To:** | 'gstranch@branstetterlaw.com' |
| **Cc:** | 'Hicks, John'; 'AGoudiss@Shearman.com'; 'Gary Bornstein'; 'Miriam Farber'; 'David, Todd'; 'jessica.corley@alston.com'; 'Rollo@RLF.com' |
| **Subject:** | PSI/Rosinek Letter |
| **Attachments:** | PSI-Rosinek Letter.pdf |

Good Afternoon Gerard,

    Attached please find a letter following up on your conversations with John Hicks re: the PSI federal court shareholder litigation. Please let us hear from you at your convenience.

    Thanks.

WALLER LANSDEN DORTCH & DAVIS, LLP

W. TRAVIS PARHAM
Attorney-At-Law
511 Union Street, Suite 2700
Nashville, TN 37219
Direct: 615-850-8721
Fax: 615-244-6804

travis.parham@wallerlaw.com

www.wallerlaw.com

PSI-Rosinek
Letter.pdf (47 KB)...

# WALLER LANSDEN DORTCH & DAVIS, LLP

NASHVILLE CITY CENTER
511 UNION STREET, SUITE 2700
NASHVILLE, TENNESSEE 37219-8966
(615) 244-6380
FAX: (615) 244-6804
www.wallerlaw.com

1901 SIXTH AVENUE NORTH, SUITE 1400
BIRMINGHAM, ALABAMA 35203-2623
(205) 214-6380

W. Travis Parham
(615) 850-8721
travis.parham@wallerlaw.com

June 30, 2010

**VIA ELECTRONIC MAIL ONLY**

J. Gerard Stranch, IV
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North, 4th Floor
Nashville, Tennessee 37201-1631
gstranch@branstetter law.com

        Re:    Rosinek v. Psychiatric Solutions, Inc. et al.
                Case No. 3-10-cv-00534

Dear Gerard:

     I write on behalf of all of the defendants ("Defendants") in the above-captioned proceeding and to follow up on your recent discussions with John Hicks.

     We understand that you intend to oppose Defendants' motion seeking to stay the Tennessee federal court proceedings in favor of more advanced Delaware state court proceedings. To avoid any misunderstanding about Defendants' position and to seek common ground, we write to advise you that Defendants would not oppose your intervention in the Delaware proceedings should you decide to proceed in that way. In the event that you intervene in Delaware, Defendants are willing to produce to you all of the documents that have been or will be produced in the Delaware action, and, assuming that appropriate arrangements can be made to avoid duplicative questioning, Defendants would be amenable to your participation in the depositions in the Delaware action. Needless to say, if you intervene in Delaware, we would expect you to withdraw your opposition to our motion to stay in Tennessee.

     Please let us hear from you.

WALLER LANSDEN DORTCH & DAVIS, LLP

June 30, 2010
Page 2

                Very truly yours,

                W. Travis Parham

WTP/

cc: Alan Goudiss (via e-mail only)    Gary Bornstein (via e-mail only)
   H. Miriam Farber Gorman (via e-mail only) John Hicks (via e-mail only)
   Todd David (via e-mail only)     Jessica Corley (via e-mail only)
   Rich Rollo (via e-mail only)