UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ALISHA ROSINEK, on Behalf of Herself and All Other Similarly Situated Shareholders of Psychiatric Solutions, Inc. | ) ) ) ) | |
| v. | ) ) | Case No. 3:10-cv-00534 Senior Judge Nixon |
| PSYCHIATRIC SOLUTIONS, INC., UNIVERSAL HEALTH SERVICES, INC., OLYMPUS ACQUISITION CORP., JOEY A. JACOBS, MARK P. CLEIN, DAVID M. DILL, RICHARD D. GORE, CHRISTOPHER GRANT, JR., WILLIAM M. PETRIE; EDWARD K. WISSING, RONALD M. FINCHER, CHRISTOPHER L. HOWARD, JACK E. POLSON and BRENT TURNER | ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Bryant |
| Defendants. | ) | |

CORPORATE DISCLOSURE STATEMENT OF
PSYCHIATRIC SOLUTIONS, INC.

Pursuant to Fed R. Civ. P. Rule 7.1 and Local Rule 7.02, Defendant Psychiatric Solutions, Inc. ("PSI") states that it is a publicly traded corporation listed on the NASDAQ under symbol "PSYS." PSI has no publicly traded parent corporation and no other publicly traded corporation owns 10% or more of PSI's stock.

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

/s W. Travis Parham
W. Travis Parham (BPR 16846)
tparham@wallerlaw.com
Paul S. Davidson (BPR 11789)
pdavidson@wallerlaw.com
Michael T. Harmon (BPR 27279)
mharmon@wallerlaw.com
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804

Attorneys for Defendants Psychiatric Solutions, Inc., Joey A. Jacobs, Mark P. Clein, David M. Dill, Richard D. Gore, Christopher Grant, Jr., William M. Petrie, Edward K. Wissing, Ronald M. Fincher, Christopher L. Howard, Jack E. Polson, and Brent Turner

and

Todd R. David
todd.david@alston.com
Jessica Corley
Jessica.corley@alston.com
Lisa R. Bugni
lisa.bugni@alston.com
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

Attorneys for Defendants Psychiatric Solutions, Inc., Joey A. Jacobs, William M. Petrie, Ronald M. Fincher, Christopher L. Howard, Jack E. Polson, and Brent Turner

# **CERTIFICATE OF SERVICE**

I certify that on July 21, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, as listed below. Parties may access this filing through the Court's electronic filing system.

    J. Gerard Stranch, IV
    Branstetter, Stranch & Jennings, PLLC
    227 Second Avenue North, 4th Floor
    Nashville, Tennessee 37201-1631
    gstranch@branstetterlaw.com
    Attorneys for Plaintiff

    Nadeem Faruqi
    Emily C. Komlossy
    Faruqi & Faruqi, LLP
    369 Lexington Avenue, 10th Floor
    New York, New York 10017-6531
    nfaruqi@faruqilaw.com
    ekomlossy@faruqilaw.com
    Attorneys for Plaintiff

    Mark C. Gardy
    James S. Notis
    Kira German
    Gardy & Notis, LLP
    560 Sylvan Avenue
    Englewood Cliffs, New Jersey 07632
    mgardy@gardylaw.com
    jnotis@gardylaw.com
    kgerman@gardylaw.com
    Attorneys for Plaintiff

    Alan S. Goudiss
    H. Miriam Farber Gorman
    Shearman & Sterling
    599 Lexington Avenue
    New York, New York 10022
    agoudiss@shearman.com
    mfarber@sherman.com
    Attorneys for Defendants Mark P. Clein,
    David M. Dill, Richard D. Gore, Christopher Grant, Jr.,
    and Edward K. Wissing

John S. Hicks
Baker Donelson Bearman Caldwell & Berkowitz, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
jhicks@bakerdonelson.com
Attorneys for Defendants Universal Health Services, Inc.
and Olympus Acquisition Corp.

Gary A. Bornstein
Max R. Shulman
Cravath Swaine & Moore, LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
gbornstein@cravath.com
mshulman@cravath.com
Attorneys for Defendants Universal Health Services, Inc.
and Olympus Acquisition Corp.

/s W. Travis Parham