# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| ALISHA ROSINEK, on Behalf of Herself and All Other Similarly Situated Shareholders of Psychiatric Solutions, Inc., <br><br> Plaintiff, <br><br> v. <br><br> PSYCHIATRIC SOLUTIONS, INC., UNIVERSAL HEALTH SERVICES, INC., OLYMPUS ACQUISITION CORP., JOEY A. JACOBS, MARK P. CLEIN, DAVID M. DILL, RICHARD D. GORE, CHRISTOPHER GRANT, JR., WILLIAM M. PETRIE, EDWARD K. WISSING, RONALD M. FINCHER, CHRISTOPHER L. HOWARD, JACK E. POLSON, and BRENT TURNER, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Case No. 3:10-cv-00534** <br> **Senior Judge Nixon** <br> **Magistrate Judge Bryant** |

## CORPORATE DISCLOSURE STATEMENT OF
## UNIVERSAL HEALTH SERVICES, INC.

Pursuant to Fed R. Civ. P. Rule 7.1 and Local Rule 7.02, Defendant Universal Health Services, Inc. ("UHS") states that it is a publicly traded corporation listed on the NYSE under the symbol "UHS." UHS has no publicly traded parent corporation and no other publicly traded corporation owns 10% or more of UHS's stock.

N JSH 783489 v1
1039057-000005 07/22/2010

Respectfully submitted,

BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ P.C.


  /s/ John S. Hicks_____
John S. Hicks
211 Commerce Street, Suite 800
Nashville, Tennessee  37201
jhicks@bakerdonelson.com
Tel: (615) 726-7337
Facsimile: (615) 744-7337

Max R. Shulman
Gary A. Bornstein
Cravath, Swaine & Moore, LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
mshulman@cravath.com
gbornstein@cravath.com


Attorneys for Defendants Universal Health
Services, Inc. and Olympus Acquisition Corp.

- 2 -

**CERTIFICATE OF SERVICE**

        I certify that on July 22, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

        J. Gerard Stranch, IV
        Branstetter, Stranch & Jennings, PLLC
        227 Second Avenue North, 4th Floor
        Nashville, Tennessee 37201-1631
        gstranch@branstetterlaw.com
        Attorneys for Plaintiff

        Nadeem Faruqi
        Emily C. Komlossy
        Faruqi & Faruqi, LLP
        369 Lexington Avenue, 10th Floor
        New York, New York 10017
        nfaruqi@faruqilaw.com
        ekomlossy@faruqilaw.com
        Attorneys for Plaintiff

        Mark C. Gardy
        James S. Notis
        Kira German
        560 Sylvan Avenue
        Englewood Cliffs, New Jersey 07632
        mgardy@gardylaw.com
        jnotis@gardylaw.com
        Attorneys for Plaintiff

        Alan S. Goudiss
        H. Miriam Farber Gorman
        Shearman & Sterling
        599 Lexington Avenue
        New York, New York 10022
        agoudiss@shearman.com
        mfarber@shearman.com
        Attorneys for Defendants Mark P. Clein,
        David M. Dill, Richard D. Gore, Christopher Grant, Jr.
        and Edward K. Wissing

        W. Travis Parham
        Paul S. Davidson
        Michael T. Harmon

- 3 -

Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
tparham@wallerlaw.com
pdavidson@wallerlaw.com
mharmon@wallerlaw.com
Attorneys for Defendants Psychiatric Solutions, Inc.,
Joey A. Jacobs, Mark P. Clein, David M. Dill,
Richard D. Gore, Christopher Grant, Jr., William
M. Petri, Edward K. Wissing, Ronald M. Fincher,
Christopher L. Howard, Jack E. Polson, and Brent
Turner

Todd R. David
Jessica Corley
Lisa Bugni
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
todd.david@alston.com
jessica.corley@alston.com
lisa.bugni@alston.com
Attorneys for Defendants Psychiatric Solutions, Inc.,
Joey A. Jacobs, William M. Petrie, Ronald M. Fincher,
Christopher L. Howard, Jack E. Polson, and Brent Turner

This 22nd day of July, 2010.


                              /s/ John S. Hicks

N JSH 783489 v1
1039057-000005 07/22/2010