UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALISHA ROSINEK, on Behalf of Herself and All Other Similarly Situated Shareholders of Psychiatric Solutions, Inc., <br><br> Plaintiff, <br><br> v. <br><br> PSYCHIATRIC SOLUTIONS, INC., UNIVERSAL HEALTH SERVICES, INC., OLYMPUS ACQUISITION CORP., JOEY A. JACOBS, MARK P. CLEIN, DAVID M. DILL, RICHARD D. GORE, CHRISTOPHER GRANT, JR., WILLIAM M. PETRIE, EDWARD K. WISSING, RONALD M. FINCHER, CHRISTOPHER L. HOWARD, JACK E. POLSON, and BRENT TURNER, <br><br> Defendants. | Case No. 3:10-cv-00534 <br> Senior Judge Nixon <br> Magistrate Judge Bryant |

## CORPORATE DISCLOSURE STATEMENT OF
## OLYMPUS ACQUISITION CORP.

Pursuant to Fed R. Civ. P. Rule 7.1 and Local Rule 7.02, Defendant Olympus Acquisition Corp. ("Olympus") states that it is a privately-held corporation incorporated under the laws of the State of Delaware. Olympus has a parent corporation, Universal Health Services, Inc. ("UHS"), which is publicly traded on the NYSE under the symbol "UHS." UHS owns 100% of Olympus's stock.

Respectfully submitted,

BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ P.C.

 /s/ John S. Hicks_____
John S. Hicks
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
jhicks@bakerdonelson.com
Tel: (615) 726-7337
Facsimile: (615) 744-7337

Max R. Shulman
Gary A. Bornstein
Cravath, Swaine & Moore, LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
mshulman@cravath.com
gbornstein@cravath.com


Attorneys for Defendants Universal Health
Services, Inc. and Olympus Acquisition Corp.

# CERTIFICATE OF SERVICE

I certify that on July 22, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

J. Gerard Stranch, IV
Branstetter, Stranch & Jennings, PLLC
227 Second Avenue North, 4th Floor
Nashville, Tennessee 37201-1631
gstranch@branstetterlaw.com
Attorneys for Plaintiff

Nadeem Faruqi
Emily C. Komlossy
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, New York 10017
nfaruqi@faruqilaw.com
ekomlossy@faruqilaw.com
Attorneys for Plaintiff

Mark C. Gardy
James S. Notis
Kira German
560 Sylvan Avenue
Englewood Cliffs, New Jersey 07632
mgardy@gardylaw.com
jnotis@gardylaw.com
Attorneys for Plaintiff

Alan S. Goudiss
H. Miriam Farber Gorman
Shearman & Sterling
599 Lexington Avenue
New York, New York 10022
agoudiss@shearman.com
mfarber@shearman.com
Attorneys for Defendants Mark P. Clein,
David M. Dill, Richard D. Gore, Christopher Grant, Jr.
and Edward K. Wissing

W. Travis Parham
Paul S. Davidson
Michael T. Harmon

N JSH 783490 v1
1039057-000005 07/22/2010

- 3 -

Case 3:10-cv-00534 Document 64 Filed 07/22/10 Page 3 of 4 PageID #: 639

Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
tparham@wallerlaw.com
pdavidson@wallerlaw.com
mharmon@wallerlaw.com
Attorneys for Defendants Psychiatric Solutions, Inc.,
Joey A. Jacobs, Mark P. Clein, David M. Dill,
Richard D. Gore, Christopher Grant, Jr., William
M. Petri, Edward K. Wissing, Ronald M. Fincher,
Christopher L. Howard, Jack E. Polson, and Brent
Turner

Todd R. David
Jessica Corley
Lisa Bugni
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
todd.david@alston.com
jessica.corley@alston.com
lisa.bugni@alston.com
Attorneys for Defendants Psychiatric Solutions, Inc.,
Joey A. Jacobs, William M. Petrie, Ronald M. Fincher,
Christopher L. Howard, Jack E. Polson, and Brent Turner

This 22nd day of July, 2010.

       /s/ John S. Hicks