```
                UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF TENNESSEE
                       NASHVILLE DIVISION

ALISHA ROSINEK,                )
                               )
        Plaintiff,              )
                               )
           v.                   )    NO.  3:10-0534
                               )
PSYCHIATRIC SOLUTIONS, INC.,    )    Judge Nixon/Bryant
et al.,                        )
        Defendants.             )
```

**O R D E R**

The undersigned Magistrate Judge conducted the initial case management conference in this case on July 22, 2010.

Several motions have been filed, some of which the Court will address at this time. Plaintiff has filed her motion seeking leave to amend her complaint (Docket Entry No. 60). This motion is **GRANTED**.

Defendants have filed their motion (Docket Entry No. 46) seeking an extension of time to and including fourteen days after the Court rules on the pending motion to stay proceedings (Docket Entry No. 18) within which to file their responses to the complaint. This motion is **GRANTED** in part and **DENIED** in part. Defendants are granted an extension of fourteen days within which to respond to the complaint, but the fourteen-day extension shall commence running as of today. Therefore, defendants shall file their answer or otherwise respond to the complaint, as amended, on or before **Friday, August 6, 2010**.

Plaintiff has filed her motion to expedite discovery (Docket Entry No. 49). This motion is **DENIED**. However, discovery may be commenced as of the date of this order and shall proceed according to the Federal Rules of Civil Procedure.

Defendants have filed their motion for leave to file a reply memorandum in support of their motion to stay (Docket Entry No. 52). This motion for leave is **GRANTED.**

As part of the motion identified as Docket Entry No. 49, the Clerk has docketed a motion by the plaintiff for preliminary injunction. During discussions at the conference today, counsel for plaintiff explained that plaintiff's motion to expedite discovery (Docket Entry No. 49) was not intended to be plaintiff's motion for preliminary injunction. According to counsel, plaintiff intends to file such a motion at a later time. Therefore, the Clerk is hereby directed to **TERMINATE** Docket Entry No. 49 to the extent that the Court's docket reflects the filing of a motion for preliminary injunction by plaintiff.

Finally, counsel are hereby directed to confer and to file on or before **Friday, July 30, 2010**, a proposed initial case management order containing suggested deadlines for completion of discovery, filing and briefing of a motion for preliminary injunction to be filed by the plaintiff.

It is so **ORDERED.**

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge