UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALISHA ROSINEK, on Behalf of Herself and All Other Similarly Situated Shareholders of Psychiatric Solutions, Inc., ) ) ) ) ) | |
| Plaintiff, ) ) | Case No. 3:10-cv-00534 Senior Judge Nixon |
| v. ) ) | Magistrate Judge Bryant |
| PSYCHIATRIC SOLUTIONS, INC., UNIVERSAL HEALTH SERVICES, INC., OLYMPUS ACQUISITION CORP., JOEY A. JACOBS, MARK P. CLEIN, DAVID M. DILL, RICHARD D. GORE, CHRISTOPHER GRANT, JR., WILLIAM M. PETRIE, EDWARD K. WISSING, RONALD M. FINCHER, CHRISTOPHER L. HOWARD, JACK E. POLSON, and BRENT TURNER, ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## JOINT MOTION TO CONTINUE
## SCHEDULING ORDER REQUIREMENT

Plaintiff Alisha Rosinek, Defendants Psychiatric Solutions, Inc. ("PSI" or the "Company"), Joey A. Jacobs, Mark P. Clein, David M. Dill, Richard D. Gore, Christopher Grant, Jr., William M. Petrie, Edward K. Wissing, Ronald M. Fincher, Christopher L. Howard, Jack E. Polson, and Brent Turner (the "Individual Defendants") (PSI and the Individual Defendants will be collectively referred to as the "PSI Affiliates") and Defendants Universal Health Services, Inc. ("Universal") and Olympus Acquisition

Corp. (collectively the "Universal Affiliates") (the PSI Affiliates and the Universal Affiliates will be collectively referred to as the "Defendants") hereby jointly move the Court to continue the Court's requirement of a proposed scheduling order. As grounds for this Motion, the parties state:

1) Plaintiff is a PSI shareholder. This case involves Plaintiff's challenge to a proposed merger between PSI and Universal and to certain PSI executive compensation decisions. Other PSI shareholders have also initiated litigation relating to this same subject matter with several cases consolidated in and pending in Delaware state court (the "Delaware State Court Cases") and in Tennessee state court (the "Tennessee State Court Cases"). The Tennessee State Court Cases have been stayed by agreement and counsel for the Tennessee state court plaintiffs have participated in discovery in the Delaware State Court Cases.

2) The Initial Case Management Conference in this case was held on Thursday, July 22, 2010. At the Initial Case Management Conference, Magistrate Judge Bryant instructed the parties to confer and file by Friday, July 30, 2010, a proposed scheduling order. See July 23, 2010 Order [Docket Number 65].

3) After the Initial Case Management Conference, a settlement in principle was reached resolving the Delaware State Court Cases and the Tennessee State Court Cases. As part of that settlement, a class of shareholders will be certified. Defendants anticipate that the class will include Plaintiff and all other shareholders raising similar claims.

2
N JSH 786075 v1
1039057-000005 08/06/2010
Case 3:10-cv-00534   Document 74   Filed 08/06/10   Page 2 of 6 PageID #: 734

4) Also after the Initial Case Management Conference, the parties negotiated, agreed upon and filed proposed protective orders and PSI made immediately available to Plaintiff deposition transcripts from the Delaware State Court Cases and the document production made in connection with the Delaware State Court cases. These materials were made available so that Plaintiff could evaluate her position in light of the Delaware settlement.

5) Given the progress in settlement discussions, the parties filed a Joint Motion to Extend Time to File Scheduling Order and asked the Court to extend the deadline by one week to August 6, 2010. See Docket No. 70. The Court granted the motion by Order of August 2, 2010. See Docket No. 71.

6) Plaintiff has now had the opportunity to review the discovery in the Delaware State Court cases and a settlement in principle has been reached between the parties here. As part of that settlement, Plaintiff has requested certain additional proxy disclosures by PSI, PSI has agreed to make additional disclosures (with the specifics still subject to negotiation) and Plaintiff has agreed to not object to the Delaware settlement. Also as part of the settlement, the parties have agreed that this case should be stayed pending resolution of the Delaware State Court Cases and intend to submit an Agreed Order to that effect next week.

7) Given the settlement in principle, the parties respectfully submit that a scheduling order is unnecessary and a waste of party and judicial resources. Accordingly, the parties respectfully request that the Court continue indefinitely the

requirement of the submission of a scheduling order.  Should the settlement not be finally consummated on account of unanticipated developments in Delaware or otherwise, the parties will promptly contact the Court to schedule a status conference and will work toward a scheduling order.

The Filing User hereby represents that all signatories hereto agree to the filing of this document.

Respectfully submitted,

BRANSTETTER, STRANCH & JENNINGS, PLLC

By: /s J. Gerard Stranch, IV
J. Gerard Stranch, IV
227 Second Avenue North, 4th Floor
Nashville, Tennessee 37201-1631
gstranch@branstetterlaw.com

Nadeem Faruqi
Emily C. Komlossy
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, New York 10017-6531
nfaruqi@faruqilaw.com
ekomlossy@faruqilaw.com

Mark C. Gardy
James S. Notis
Kira German
Gardy & Notis, LLP
560 Sylvan Avenue
Englewood Cliffs, New Jersey 07632
mgardy@gardylaw.com
jnotis@gardylaw.com
kgerman@gardylaw.com

Attorneys for Plaintiff, Alisha Rosinek

WALLER LANSDEN DORTCH & DAVIS, LLP

By: /s W. Travis Parham
W. Travis Parham (BPR 16846)
Paul S. Davidson (BPR 11789)
Michael T. Harmon (BPR 27279)
511 Union Street, Suite 2700
Nashville, Tennessee 37219
tparham@wallerlaw.com
pdavidson@wallerlaw.com
mharmon@wallerlaw.com

Attorneys for Defendants, Psychiatric Solutions, Inc., Joey A. Jacobs, Mark P. Clein, David M. Dill, Richard D. Gore, Christopher Grant, Jr., William M. Petrie, Edward K. Wissing, Ronald M. Fincher, Christopher L. Howard, Jack E. Polson, and Brent Turner

Todd R. David
Jessica Corley
Lisa R. Bugni
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
todd.david@alston.com
jessica.corley@alston.com
lisa.bugni@alston.com

Attorneys for Defendants Psychiatric Solutions, Inc., Joey A. Jacobs, William M. Petrie, Ronald M. Fincher, Christopher L. Howard, Jack E. Polson, and Brent Turner

Alan S. Goudiss
H. Miriam Farber Gorman
Shearman & Sterling
599 Lexington Avenue
New York, New York 10022
agoudiss@shearman.com
mfarber@shearman.com

Attorneys for Defendants, Mark P. Clein, David M. Dill, Richard D. Gore, Christopher Grant, Jr., and Edward K. Wissing

BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.

By: /s John S. Hicks
John S. Hicks
jhicks@bakerdonelson.com
211 Commerce Street, Suite 800
Nashville, Tennessee 37201

Gary A. Bornstein
Max R. Shulman
Cravath Swaine & Moore, LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
gbornstein@cravath.com
mshulman@cravath.com
fbarron@cravath.com

Attorneys for Defendants, Universal Health Services, Inc. and Olympus Acquisition Corp.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties referenced in the signature line above. Parties may access this filing through the Court's electronic filing system.

This 6th day of August, 2010.

/s W. Travis Parham