UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ALISHA ROSINEK, on Behalf of Herself and All Other Similarly Situated Shareholders of Psychiatric Solutions, Inc., <br><br> Plaintiff, <br><br> v. <br><br> PSYCHIATRIC SOLUTIONS, INC., UNIVERSAL HEALTH SERVICES, INC., OLYMPUS ACQUISITION CORP., JOEY A. JACOBS, MARK P. CLEIN, DAVID M. DILL, RICHARD D. GORE, CHRISTOPHER GRANT, JR., WILLIAM M. PETRIE, EDWARD K. WISSING, RONALD M. FINCHER, CHRISTOPHER L. HOWARD, JACK E. POLSON, and BRENT TURNER, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:10-cv-00534 <br> Senior Judge Nixon <br> Magistrate Judge Bryant |

## MOTION TO DISMISS THE INDIVIDUAL AND SECOND AMENDED CLASS ACTION COMPLAINT AS AGAINST UNIVERSAL HEALTH SERVICES, INC. AND OLYMPUS ACQUISITION CORP.

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Universal Health Services, Inc. and Olympus Acquisition Corp. (collectively, "UHS") move to dismiss Plaintiff's Individual and Second Amended Class Action Complaint ("the Complaint") as against UHS for the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

WHEREFORE, UHS respectfully requests that its Motion to Dismiss be granted and that the Complaint as against UHS be dismissed with prejudice.

Respectfully submitted, this 6th day of August, 2010.

    /s/ John S. Hicks
John S. Hicks (BPR No. 010478)
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
jhicks@bakerdonelson.com
Tel: (615) 726-7337
Facsimile: (615) 744-7337

Max R. Shulman
Gary A. Bornstein
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
mshulman@cravath.com
gbornstein@cravath.com

*Attorneys for Defendants,*
*Universal Health Services, Inc. and*
*Olympus Acquisition Corp.*

## **CERTIFICATE OF SERVICE**

       I certify that on August 6, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

       J. Gerard Stranch, IV
       Branstetter, Stranch & Jennings, PLLC
       227 Second Avenue North, 4th Floor
       Nashville, Tennessee 37201-1631
       gstranch@branstetterlaw.com
       Attorneys for Plaintiff

       Nadeem Faruqi
       Emily C. Komlossy
       Faruqi & Faruqi, LLP
       369 Lexington Avenue, 10th Floor
       New York, New York 10017
       nfaruqi@faruqilaw.com
       ekomlossy@faruqilaw.com
       Attorneys for Plaintiff

       Mark C. Gardy
       James S. Notis
       Kira German
       560 Sylvan Avenue
       Englewood Cliffs, New Jersey 07632
       mgardy@gardylaw.com
       jnotis@gardylaw.com
       Attorneys for Plaintiff

       Alan S. Goudiss
       H. Miriam Farber Gorman
       Shearman & Sterling
       599 Lexington Avenue
       New York, New York 10022
       agoudiss@shearman.com
       mfarber@shearman.com
       Attorneys for Defendants Mark P. Clein,
       David M. Dill, Richard D. Gore, Christopher Grant, Jr.
       and Edward K. Wissing

W. Travis Parham
Paul S. Davidson
Michael T. Harmon
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
tparham@wallerlaw.com
pdavidson@wallerlaw.com
mharmon@wallerlaw.com
Attorneys for Defendants Psychiatric Solutions, Inc.,
Joey A. Jacobs, Mark P. Clein, David M. Dill,
Richard D. Gore, Christopher Grant, Jr., William
M. Petri, Edward K. Wissing, Ronald M. Fincher,
Christopher L. Howard, Jack E. Polson, and Brent
Turner

Todd R. David
Jessica Corley
Lisa Bugni
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
todd.david@alston.com
jessica.corley@alston.com
lisa.bugni@alston.com
Attorneys for Defendants Psychiatric Solutions, Inc.,
Joey A. Jacobs, William M. Petrie, Ronald M. Fincher,
Christopher L. Howard, Jack E. Polson, and Brent Turner

    /s/ John S. Hicks

4