IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALISHA ROSINEK,<br>Individually and on behalf of all<br>other similarly situated shareholders of<br>Psychiatric Solutions, Inc.<br><br>    Plaintiff,<br><br>v.<br><br>PSYCHIATRIC SOLUTIONS, INC.,<br>et al.<br><br>    Defendants. | Case No. 3:10-cv-534<br>Judge Nixon<br>Magistrate Judge Bryant |

## ORDER

I hereby **RECUSE** myself in this action. The file shall be returned to the clerk for reassignment.

It is so ORDERED.

Entered this the 13th day of August, 2010.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT