IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALISHA ROSINEK, on behalf of herself and all other similarly situated shareholders of Psychiatric Solutions, Inc., )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>PSYCHIATRIC SOLUTIONS, INC., *et al.*, )<br>)<br>Defendants. ) | Civil No. 3:10-0534<br>Judge Trauger<br>Magistrate Judge Bryant |

## O R D E R

Upon reassignment of this case to Judge Trauger (Docket No. 80), it is hereby

**ORDERED** that the case shall remain on referral to Magistrate Judge Bryant under the original referral Order. The court notes that a Motion to Stay Proceedings filed by defendant Psychiatric Solutions, Inc. on June 18, 2010 (Docket No. 18) and responded to on July 2, 2010 (Docket No. 47) remains unresolved. Judge Trauger will defer consideration of the Motion to Dismiss filed on August 6, 2010 by defendants Universal Health Services, Inc. and Olympus Acquisition Corp. (Docket No. 75) until a ruling on the Motion to Stay Proceedings by the Magistrate Judge.

It is so **ORDERED.**

ENTER this 17th day of August 2010.

_____
ALETA A. TRAUGER
U.S. District Judge