UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALISHA ROSINEK, on Behalf of Herself and All Other Similarly Situated Shareholders of Psychiatric Solutions, Inc., <br><br> Plaintiff, <br><br> v. <br><br> PSYCHIATRIC SOLUTIONS, INC., UNIVERSAL HEALTH SERVICES, INC., OLYMPUS ACQUISITION CORP., JOEY A. JACOBS, MARK P. CLEIN, DAVID M. DILL, RICHARD D. GORE, CHRISTOPHER GRANT, JR., WILLIAM M. PETRIE, EDWARD K. WISSING, RONALD M. FINCHER, CHRISTOPHER L. HOWARD, JACK E. POLSON, and BRENT TURNER, <br><br> Defendants. | Case No. 3:10-cv-00534 <br> Senior Judge Nixon <br> Magistrate Judge Bryant |

## AGREED ORDER STAYING CASE

Defendants Psychiatric Solutions, Inc. ("PSI" or the "Company"), Joey A. Jacobs, Mark P. Clein, David M. Dill, Richard D. Gore, Christopher Grant, Jr., William M. Petrie, Edward K. Wissing, Ronald M. Fincher, Christopher L. Howard, Jack E. Polson, and Brent Turner (the "Individual Defendants") (PSI and the Individual Defendants will be collectively referred to as the "PSI Affiliates") and Defendants Universal Health Services, Inc. ("Universal") and Olympus Acquisition Corp. (collectively the "Universal Affiliates") (the PSI Affiliates and the Universal Affiliates will be collectively referred to

as the "Defendants") have moved to stay these proceedings. <u>See</u> Docket No. 18. Defendants' motion is premised on the contention that this case should be stayed in favor of shareholder litigation relating to the same subject matter pending in Delaware state court (the "Delaware State Court Cases"). A settlement in principle has now been reached in Delaware resolving the Delaware State Court Cases. As part of that settlement, a class of shareholders will be certified in Delaware with such class including Plaintiff Alisha Rosinek.

Plaintiff and Defendants have also reached a settlement in principle resolving this case. As part of that settlement, Plaintiff has agreed not to object to the Delaware settlement, has reached a resolution of her Federal claims, and as evidenced by the signatures of counsel below, has agreed that the proceedings here should be stayed pending final approval of the Delaware settlement. The parties anticipate that the case here, upon completion of the Delaware State Court Cases, will be dismissed by way of Agreed Order. The parties have further agreed that should the settlement not be consummated for any reason, the parties will promptly notify the Court of the same and any party may move to lift the stay.

Accordingly, it is ORDERED, that this case shall be stayed pending further Order of the Court.

This, the 20th day of August, 2010.

_____
Judge Aleta Trauger

3868298.1
- 2 -
Case 3:10-cv-00534  Document 83  Filed 08/23/10  Page 2 of 2 PageID #: 940