# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ALISHA ROSINEK, on Behalf of Herself and All Other Similarly Situated Shareholders of Psychiatric Solutions, Inc., <br><br> Plaintiff, <br><br> v. <br><br> PSYCHIATRIC SOLUTIONS, INC., UNIVERSAL HEALTH SERVICES, INC., OLYMPUS ACQUISITION CORP., JOEY A. JACOBS, MARK P. CLEIN, DAVID M. DILL, RICHARD D. GORE, CHRISTOPHER GRANT, JR., WILLIAM M. PETRIE, EDWARD K. WISSING, RONALD M. FINCHER, CHRISTOPHER L. HOWARD, JACK E. POLSON, and BRENT TURNER, <br><br> Defendants. | Case No. 3:10-cv-00534 <br> Judge Trauger <br> Magistrate Judge Bryant |

## AGREED ORDER OF DISMISSAL

This case arises from a transaction pursuant to which the stock of Defendant Psychiatric Solutions, Inc. ("PSI"), a publicly traded company, was acquired by Defendant Universal Health Services, Inc. ("UHS"). Following the announcement of the acquisition, numerous cases, including this one, were filed by shareholders of PSI challenging various aspects of the proposed acquisition.

A series of cases was filed in the Court of Chancery of the State of Delaware and consolidated in a case styled In re Psychiatric Solutions, Inc. Shareholder Litigation,

Consol. C.A. No. 5514-CC (the "Delaware Action").  On May 9, 2011, the parties in the Delaware Action reached a settlement, with such settlement being subject to court approval.  As part of that settlement, a class of shareholders (the "Settlement Class") would be certified, with such class including the Plaintiffs in the above-captioned action.

On or around August 12, 2010, the parties in this case entered into a Settlement Term Sheet pursuant to which they agreed that this case would be stayed and ultimately dismissed with prejudice upon the Court in the Delaware Action approving the proposed settlement and dismissing the Delaware Action with prejudice.  On August 23, 2010, the Court stayed this case (see Agreed Order Staying Case, Docket No. 83) in favor of the Delaware Action at the parties' request.

On September 6, 2011, the court in the Delaware Action approved the settlement, certified the Settlement Class and dismissed the Delaware Action with prejudice.  In light of the settlement and dismissal of the Delaware Action, the parties agree that this action is now moot and subject to the defense of *res judicata*.

Accordingly, as evidenced by the signatures of counsel and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the parties agree that all claims that were brought or that could have been brought in this case should be dismissed with prejudice.  For the reasons set forth herein, the Court agrees that the case should be dismissed with prejudice.

Court costs, if any, shall be assessed to the Defendants.

It is so ORDERED.

This, the _____ day of September, 2011.

                                                                        _____
                                                                         ALETA TRAUGER,
                                                                         DISTRICT JUDGE

**The Filing User hereby represents that all signatories hereto agree to the filing of this document.**

Respectfully submitted,

BRANSTETTER, STRANCH & JENNINGS, PLLC

By: <u>/s J. Gerard Stranch, IV, with permission</u>
J. Gerard Stranch, IV
227 Second Avenue North, 4th Floor
Nashville, Tennessee 37201-1631
gstranch@branstetterlaw.com

Nadeem Faruqi
Emily C. Komlossy
Faruqi & Faruqi, LLP
369 Lexington Avenue, 10th Floor
New York, New York 10017-6531
nfaruqi@faruqilaw.com
ekomlossy@faruqilaw.com

Mark C. Gardy
James S. Notis
Kira German
Gardy & Notis, LLP
560 Sylvan Avenue
Englewood Cliffs, New Jersey 07632
mgardy@gardylaw.com
jnotis@gardylaw.com
kgerman@gardylaw.com

Attorneys for Plaintiff, Alisha Rosinek

WALLER LANSDEN DORTCH & DAVIS, LLP

By: /s W. Travis Parham
W. Travis Parham (BPR 16846)
Paul S. Davidson (BPR 11789)
Michael T. Harmon (BPR 27279)
511 Union Street, Suite 2700
Nashville, Tennessee 37219
tparham@wallerlaw.com
pdavidson@wallerlaw.com
mharmon@wallerlaw.com

Attorneys for Defendants, Psychiatric Solutions, Inc., Joey A. Jacobs, Mark P. Clein, David M. Dill, Richard D. Gore, Christopher Grant, Jr., William M. Petrie, Edward K. Wissing, Ronald M. Fincher, Christopher L. Howard, Jack E. Polson, and Brent Turner

Todd R. David
Jessica Corley
Lisa R. Bugni
Alston & Bird
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
todd.david@alston.com
jessica.corley@alston.com
lisa.bugni@alston.com

Attorneys for Defendants Psychiatric Solutions, Inc., Joey A. Jacobs, William M. Petrie, Ronald M. Fincher, Christopher L. Howard, Jack E. Polson, and Brent Turner

Alan S. Goudiss
H. Miriam Farber Gorman
Shearman & Sterling
599 Lexington Avenue
New York, New York 10022
agoudiss@shearman.com
mfarber@shearman.com

Attorneys for Defendants, Mark P. Clein, David M. Dill, Richard D. Gore, Christopher Grant, Jr., and Edward K. Wissing

John S. Hicks
Baker Donelson Bearman Caldwell & Berkowitz, P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
jhicks@bakerdonelson.com

Gary A. Bornstein
Max R. Shulman
Cravath Swaine & Moore, LLP
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019-7475
gbornstein@cravath.com
mshulman@cravath.com
fbarron@cravath.com

Attorneys for Defendants, Universal Health Services, Inc. and Olympus Acquisition Corp.

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties referenced in the signature line above. Parties may access this filing through the Court's electronic filing system.

      This 12th day of September, 2011.

                                     /s W. Travis Parham

4957784.1        - 5 -
Case 3:10-cv-00534 Document 84 Filed 09/12/11 Page 5 of 5 PageID #: 945