UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Alisha Rosinek

        Plaintiff,

v.               Case No.: 3:10−cv−00534
               District Judge Aleta A. Trauger

Psychiatric Solutions, Inc., et al.

        Defendant.

## ENTRY OF JUDGMENT

 Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/13/2011.

                Keith Throckmorton, Clerk
                s/ Ann Frantz, Deputy Clerk